IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY A. HOLLON, | ) |
| Plaintiff, | ) Case No. 3:10-cv-00672 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Shirley A. Hollon's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 7), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 12). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 13) recommending that the Motion should be denied and that the action should be dismissed. *Id.* at 1. The Report was filed on April 7, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **DISMISSES** this action. The case is thus **CLOSED**.

It is so ORDERED.

Entered this ___2nd___ day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT